## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Joel Torres, Plaintiff<br>v.<br>Slice Factory, Inc. (d/b/a Slice Factory – Oak Park) and<br>Domenico Didiana, individually, Defendants | Case No. 1:17-cv-1836<br>Judge: Hon. Michael T. Mason |

## JOINT STIPULATION OF DISMISSAL

The parties to the above entitled action, by their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that pursuant to the Settlement Agreement And Release executed by and between the parties, this matter shall be dismissed in its entirety, with prejudice, subject to the Court retaining jurisdiction for the sole purpose enforcing the terms of the Settlement Agreement and with each party incurring its own attorneys' fees and costs

Respectfully submitted on Friday, April 20, 2018.

/s/ Valentin T. Narvaez  
Plaintiffs' counsel  
Consumer Law Group, LLC  
6232 N. Pulaski, Suite 200  
Chicago, IL 60646  
(312) 878-1302  

/s/ Timothy H. Okal  
Defendants' Counsel  
Spina, McGuire & Okal, P.C.  
7610 W. North Ave.  
Elmwood Park, IL 60707  
(708) 453-2800